IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ARMONDO SOLIS,

    Petitioner,

v.                                          CASE NO. 4:10cv3-SPM/CAS

KENNETH S. TUCKER,

    Respondent.

_____/

**ORDER**

THIS CAUSE comes before the court on the magistrate judge's report and recommendation dated August 9, 2012 (doc. 21). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.    The magistrate judge's report and recommendation (doc. 24) is ADOPTED and incorporated by reference in this order.

2.    The 2254 petition (doc. 7) is denied.

3.    A certificate of appealability pursuant to § 2254 Rule 11(a) is denied because Petitioner has failed to make a substantial showing of the denial

of a constitutional right..

    4.     Leave to appeal in forma pauperis is denied. The Court certifies that an appeal of these issues lacks a good faith basis. Fed. R. App. P. 24(a)(3)(A); 28 U.S.C. § 1915(c).

    DONE AND ORDERED this 28th day of September, 2012.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge